UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER E. DANIEL,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

______________________________________/

Case No. 1:25-cv-1168

HON. ROBERT J. JONKER

**ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on September 10, 2026. (ECF No. 17). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 17) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that plaintiff's motion for attorney fees (ECF No. 16) is **GRANTED**. Plaintiff's counsel is awarded attorney fees in the amount of $7,557.32.

Dated: September 28, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE